BEFORE THE SECOND DIVISION, MAY 25, 1961

No. 65691.—Auto Imports, Inc. *v.* United States, protest 60/10547 (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of overriders in chief value of metal and that said articles are essential parts of automobiles, the claim of the plaintiff was sustained.